IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **FLORENCE FALANGA,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 06-CV-1660 |
| **MICHAEL J. ASTRUE,** | : | |
| **COMMISSIONER OF SOCIAL SECURITY** | :_____ | |
| Defendant. | : | |

# ORDER

**AND NOW**, this _____ day of April, 2008, upon consideration of the Plaintiff's request for review of the decision of the Commissioner of Social Security denying her claim for disability insurance benefit and the Commissioner's response, and after careful review of the Report and Recommendation of United States Magistrate Jacob B. Hart, and no objections having been filed,

**IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation dated March 11, 2008, is **APPROVED** and **ADOPTED**;

2. The Plaintiff's Request for Review is **DENIED**; and

3. Judgment in this matter is **ENTERED** in favor of **DEFENDANT**.

**BY THE COURT**:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**